**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01286-CR

### TROY NEAL HOOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71997-R**

## ORDER

The Court **REINSTATES** the appeal.

On July 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 15, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 21, 2014 order requiring findings.

We **GRANT** the August 15, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE